In the Matter of the Probate of the Will of JAMES F. BARGER, Deceased.

JAMES BARGER et al., Appellants; SAMUEL BARGER, Respondent.

(Submitted March 31, 1931; deciced April 14, 1931.)

*Milton R. Weston* and *Dorothy Frooks* for appellants.
*Stuart Baker* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.